**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01616-CV

### LONE STAR ENGINE INSTALLATION CENTER, INC., ET AL., Appellants

### V.

### BRENDA GONZALES, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15035**

## ORDER

Before the Court is appellants' June 19, 2015 motion for an extension of time to file a brief and June 22, 2015 supplement to the extension motion and motion to abate the appeal to allow the trial court to make findings of fact and conclusions of law. We **GRANT** appellants' motions as follows: We **ORDER** the Honorable Gena Slaughter, Judge of the 191st Judicial District Court, to file by **JULY 15, 2015**, findings of fact and conclusions of law.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file by **JULY 22, 2015**, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law.

Appellant's brief will be due **FIFTEEN** days after the date the supplemental clerk's record containing the trial court's findings of fact and conclusions of law is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Slaughter, Ms. Pitre, and counsel for all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated in **THIRTY DAYS** from the date of this order or when the Court receives the requested supplemental clerk's record, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
          JUSTICE